UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TONYA SAPIEL,<br><br> Plaintiff,<br>v.<br><br>VOLUNTEERS OF AMERICA OF<br>NORTHERN NEW ENGLAND, INC.,<br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:22-cv-00378-JDL<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) and Local Rule 41.1(a), Plaintiff Tonya Sapiel and Defendant Volunteers of America of Northern New England, Inc., by their undersigned counsel, having reached an agreement to resolve all outstanding issues between them, hereby stipulate and agree to the entry of an Order dismissing Plaintiff's Complaint against Defendant, with prejudice.  Each party shall bear its own attorneys' fees and costs.

<u>Dated:</u>  May 4, 2023

| | |
|---|---|
| */s/ Andrew P. Cotter*<br>Andrew P. Cotter, Esq.<br>James A. Clifford, Esq.<br>Clifford & Clifford, LLC<br>10 Moulton Street, 5th Floor<br>Portland, Maine, 04101<br>(207) 613-9465<br>andrew@cliffordclifford.com<br>james@cliffordclifffford.com | */s/ Carolyn Liegner*<br>Carolyn Liegner, Esq.<br>Glenn Israel, Esq.<br>Bernstein Shur<br>100 Middle Street<br>P.O. Box 9729<br>Portland, Maine 04104<br>(207) 774-1200<br>cliegner@bernsteinshur.com<br>gisrael@bernsteinshur.com |

## CERTIFICATE OF SERVICE

    I, Andrew P. Cotter, counsel for Plaintiff, herby certify that on May 4, 2023, I filed the foregoing *Stipulation of Dismissal With Prejudice* using the Court's Electronic Case Filing System which will cause copies to be transmitted to all counsel of record.

                                              */s/ Andrew P. Cotter*
                                              Andrew P. Cotter, Esq.